## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| YATES CONSTRUCTION CO., INC., on behalf of itself and all others similarly situated, | ) ) ) ) | No. 3:12-cv-00169-AET-LHG |
|  | ) ) | CLASS ACTION COMPLAINT FOR DAMAGES |
| Plaintiff, | ) ) |  |
| vs. | ) ) | JURY TRIAL DEMANDED |
| SIGMA CORPORATION, MCWANE, INC. and STAR PIPE PRODUCTS, LTD., | ) ) ) ) |  |
| Defendants. | ) ) ) |  |

## STIPULATION [AND PROPOSED ORDER]

It is hereby stipulated and agreed by and between counsel for plaintiffs and counsel for defendant McWane, Inc. ("McWane"), subject to the approval of the Court, as follows:

1.     The time for McWane to move or answer in response to the complaint is extended to March 30, 2012;

2.     In the event that McWane, in response to the complaint, files a motion to dismiss pursuant to Rule 12, Fed.R.Civ.P., plaintiffs' opposing papers are due May 4, 2012 and McWane's reply papers are due May 25, 2012.

Executed this 27th day of January, 2012.

/s/ Maureen Reid
Maureen Reid
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2521
Fax (212) 259-2521
Email: maureen.reid@bakerbotts.com

*Counsel for Defendant McWane, Inc.*


Joseph A. Ostoyich
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004-2400
Telephone (202) 639-7705
Fax (202) 639-1163
Email: joseph.ostoyich@bakerbotts.com

*Counsel for Defendant McWane, Inc.*

s/ Lisa J. Rodriguez
Lisa J. Rodriguez, Esquire
TRUJILLO RODRIGUEZ & RICHARDS, LLC
258 Kings Highway, East
Haddonfield, NJ  08033
Telephone (856) 795-9002
Fax (865) 795-9877
Email: lisa@trrlaw.com

*Counsel for Plaintiff Yates Construction Co.,
Inc.*


Steven A. Asher, Esquire
Mindee J. Reuben, Esquire
Jeremy S. Spiegel, Esquire
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone (215) 545-7200
Fax (215) 545-6535
Email:  asher@wka-law.com
        reuben@wka-law.com
        spiegel@wka-law.com

*Counsel for Plaintiff Yates Construction Co.,
Inc.*


Robert C. Cone, Esquire
TUGGLE DUGGINS & MESCHAN, P.A.
100 North Greene Street
Greensboro, NC  27401
Telephone (336) 271-5230
Fax (336)274-6590
Email:  RCone@tuggleduggins.com

*Counsel for Plaintiff Yates Construction Co.,
Inc.*


It is **SO ORDERED.**


BY THE COURT:

Dated: _____          _____

                                    Judge Ann E. Thompson