UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") INDIRECT PURCHASER ANTITRUST LITIGATION | : : : : : : | Civ. No. 12-169 (AET) (LHG)  **STIPULATION AND PROPOSED ORDER** |

WHEREAS, plaintiffs in the Indirect Purchaser litigation ("Plaintiffs") and defendant SIGMA Corporation and its subsidiary SIGMA Piping Products Corporation (collectively "SIGMA") have made and entered into a settlement agreement ("Settlement Agreement") dated as of May 21, 2015; and,

WHEREAS, Plaintiffs are preparing and will promptly submit to the Court a motion ("Preliminary Approval Motion") for (a) certification of a class for settlement purposes; and (b) preliminary approval of the Settlement Agreement;

NOW, THEREFORE, this 21st day of May, 2015, it is hereby STIPULATED AND AGREED, by and between Plaintiffs and SIGMA, that:

1. Until the Court's ruling on the Preliminary Approval Motion, all case deadlines applicable to SIGMA in the matter captioned <u>In re Ductile Iron Pipe Fittings Indirect Purchaser Antitrust Litigation</u>, docketed at No. 3:12-cv-0169-AET-LHG (the "Action"), including any deadlines that may yet be set, are stayed.

2. This stipulation shall not affect any case deadlines pertaining to parties other than SIGMA in the Action.

| | |
|---|---|
| _____<br>Lisa J. Rodriguez<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>220 Lake Drive East – Suite 200<br>Cherry Hill, NJ 08002-1165<br>856-482-6980<br><br>*Interim Liaison Counsel for Indirect Purchaser Plaintiffs*<br><br>Joseph C. Kohn<br>William E. Hoese<br>KOHN SWIFT & GRAF, P.C.<br>One South Broad Street – Suite 2100<br>Philadelphia, PA 19107<br>215-238-1700<br><br>David Kovel<br>KIRBY MCINERNEY LLP<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>212-317-2300<br><br>Mindee J. Reuben<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street - Suite 1100<br>Philadelphia, PA 19103<br>215-545-7200<br><br>*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs* | /s/ Roberto A. Rivera-Soto<br>Matthew A. White<br>Leslie E. John<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>Roberto A. Rivera-Soto<br>BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br><br>*Counsel for SIGMA Corporation and SIGMA Piping Products Corporation* |

**SO ORDERED**, this ____ day of May, 2015.

_____
Lois H. Goodman
United States Magistrate Judge

- 2 -