RECEIVED

JUN 2 5 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") INDIRECT PURCHASER ANTITRUST LITIGATION

Civil Action No. 3:12-cv-169 (AET)(LHG)

---

AND NOW, this 23rd day of June, 2015, upon consideration of Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement Between Plaintiffs and SIGMA Corporation and its subsidiary SIGMA Piping Products Corporation (collectively, "SIGMA"); and (2) for certification of a settlement class for purposes of the Settlement Agreement, said Motion is **GRANTED**.

IT IS SO ORDERED.

*Anne E. Thompson*
ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

1