**SCHNADER HARRISON SEGAL & LEWIS** LLP
**A Pennsylvania Limited Liability Partnership**
**LISA J. RODRIGUEZ**
**New Jersey Managing Partner**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey  08002-1165**
**Phone: (856) 482-5741 ▪ Fax: (856) 482-2578**
**ljrodriguez@schnader.com**

*Attorney for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") INDIRECT PURCHASER ANTITRUST LITIGATION** | Civ. No. 12-169 (AET)(LHG) |

**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS, CERTIFYING THE SETTLEMENT CLASSES AND ALLOWING FOR CREATION OF ESCROW FUND FOR LITIGATION EXPENSES**

PLEASE TAKE NOTICE that on June 6, 2016, or as soon thereafter as counsel may be heard, Settlement Class Counsel move before the Honorable Anne E. Thompson, United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order granting final approval to settlements between Indirect Purchaser Plaintiffs and Defendants SIGMA and Star, finally certifying the Settlement

Classes, and allowing for the creation of an escrow fund, in the amount of $459,250, to be used solely for litigation expenses already incurred and to be incurred in the prosecution of this action against Defendant McWane.

In support of their motion, the movant will rely upon the accompanying Memorandum of Law, Declaration and Exhibits. A proposed Order is filed herewith.

Dated: May 12, 2016
            *s/ Lisa J. Rodriguez*
            Lisa J. Rodriguez
            SCHNADER HARRISON SEGAL & LEWIS LLP
            220 Lake Drive East, Suite 200
            Cherry Hill, NJ 08002-1165
            (856) 482-5741
            ljrodriguez@schnader.com

            Robert S. Kitchenoff
            WEINSTEIN KITCHENOFF & ASHER LLC
            100 South Broad Street, Suite 705
            Philadelphia, PA  19110-1061
            (215) 545-7200

            *Attorneys for Indirect Purchaser Plaintiffs*