| | |
|---|---|
| KAPLAN FOX & KILSHEIMER LLP | WEINSTEIN KITCHENOFF & ASHER LLC |
| 850 Third Avenue, 14th Floor | 100 South Broad Street, Suite 705 |
| New York, NY 10022 | Philadelphia, PA 19110-1061 |
| Tel: (212) 687-1980 | Tel: (215) 545-7200 |
| Fax: (212) 687-7714 | Fax: (215) 545-6535 |
| www.kaplanfox.com | www. wka-law.com |

July 7, 2017

**VIA ECF**
Honorable Lois H. Goodman, U.S.M.J.
United State District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

      **Re:**   *In Re Ductile Iron Piping Fittings Antitrust Litigations*
             **Civil Case Nos. 12-711, 12-169, 12-6667**

Dear Judge Goodman:

      We write on behalf of all current parties in the above-referenced matters. On June 23, 2017, this Court ordered the parties to the above-referenced matters to attempt to schedule a further settlement mediation session this summer, and to report the status of those efforts by July 7, 2017.

      The parties now report that a mediation session has been scheduled to take place on July 27, 2017 before Gregory Lindstrom, an experienced mediator affiliated with Phillips ADR. Mr. Lindstrom participated in the parties' prior mediation session before the Honorable Layn Phillips, U.S.D.J. (Ret.), who is unavailable this summer.

      Respectfully submitted,

*/s/ Robert N. Kaplan*_____
Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP

*/s/ Robert S. Kitchenoff*_____
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC

                    */s/ Ellen Meriwether*_____
                    Ellen Meriwether
                    CAFFERTY CLOBES MERIWETHER
                      & SPRENGEL LLP


                    */s/ Joseph A. Ostoyich*_____
                    Joseph A. Ostoyich
                    BAKER BOTTS LLP