

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark ı Chicago ı Philadelphia

September 18, 2017

**VIA ECF**

Honorable Lois H. Goodman, U.S.M.J.
United State District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

      Re:   *In Re Ductile Iron Piping Fittings Antitrust Litigations*
              **Civil Case Nos. 12-711, 12-169, 12-6667**

Dear Judge Goodman:

      We write on behalf of all current parties in the above-referenced matters. On August 14, 2017, this Court ordered the parties to the above-referenced matters to attempt to schedule a further settlement mediation before Gregory P. Lindstrom of Phillips ADR, and to report the status of those efforts by September 18, 2017.

      The parties are now pleased to report that the mediation took place on September 13, 2017, and that an agreement in principle has been reached. The parties will now work together in the coming days to translate their agreement in principle into signed settlement agreements resolving this litigation.

                                        Respectfully submitted,

                                        Joseph J. DePalma

                                        Robert S. Kitchenoff
                                        WEINSTEIN KITCHENOFF & ASHER LLC
                                        Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs

JJD:cd

705521.1