# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
ANNE E. THOMPSON
JUDGE

U.S. COURTHOUSE
402 E. STATE STREET
ROOM 4000
TRENTON, NJ 08608
(609) 989-2123

To: All Counsel
Re: *In Re Ductile Iron Pipe Fittings ("DIPF") Antitrust Litigation*
(Civ. Nos. 12-711, 12-169)

January 11, 2018

Dear Counsel,

    Having granted preliminary approval of the class action settlement for Direct Purchaser Plaintiffs (Civ. No. 12-711, ECF No. 473), the Court hereby administratively terminates all pending motions, including the Motions to Certify Class (Civ. No. 12-711, ECF Nos. 370, 424; Civ. No. 12-169, ECF No. 271) and Motions to Preclude Expert Declarations (Civ. No. 12-711, ECF No. 432; Civ. No. 12-169, ECF No. 307).

Very truly yours,

_____
ANNE E. THOMPSON, U.S.D.J.

RECEIVED
JAN 11 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK